IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ARLENA BAKER                                                                                       PLAINTIFF

V.                                       CASE NO. 5:19-CV-5159

ANDREW M. SAUL, Commissioner
Security Administration                                                                         DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 16) filed in this case on January 9, 2020, by the Honorable Erin L. Wiedemann, Chief United States Magistrate Judge for the Western District of Arkansas. The Magistrate Judge recommends granting the Commissioner's Unopposed Motion to Remand (Doc. 14), and the Court agrees.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 16) is **ADOPTED IN ITS ENTIRETY.** The Unopposed Motion to Remand (Doc. 14) is **GRANTED**, and the case is **REMANDED** for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 9th day of January, 2020.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE